UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRENDA LEE ALLISON,
formerly known as
BRENDA LEE EVANS,

    Plaintiff,

v.    Case No. 1:18-cv-794
    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED**.

Dated: September 30, 2019    /s/ Ray Kent
    United States Magistrate Judge